DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANNA SCHIAVO,**
Appellant,

v.

**REEMPLOYMENT ASSISTANCE APPEALS COMMISSION** and **ST. THOMAS MORE PARISH,**
Appellee.

No. 4D20-2143

[October 7, 2021]

Appeal from the State of Florida, Reemployment Assistance Appeals Commission; Case No. RAAC20-00828.

Isidro M. Garcia of Garcia Law Firm, P.A., West Palm Beach, for appellant.

Katie E. Sabo, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY, and DAMOORGIAN, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*